UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANDREY NOSSOV,                          :

        Petitioner                  :      CIVIL ACTION NO. 1:25-2562

   v.                                   :           (JUDGE MANNION)

ANGELA HOOVER, *et al.*,                 :

       Respondents                 :

## ORDER

Presently before the court is petitioner Andrey Nossov's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241. (Doc. 1). For the reasons stated in the court's memorandum filed this same day, **IT IS HEREBY ORDERED** that the petition is **GRANTED**. Respondents are **ORDERED** to **immediately release** Nossov and are permanently **ENJOINED** from re-detaining him under 8 U.S.C. §1225(b). Respondents are **DIRECTED** to file a declaration or affidavit pursuant to 28 U.S.C. §1746 confirming that Nossov has been released from custody. Respondents are also temporarily **ENJOINED** from re-arresting Nossov for a period of 14 days to ensure that this habeas remedy is effective.

If Respondents later detain Nossov under 8 U.S.C. §1226, they will be required to provide him with notice and, within 10 days of his detention, a bond hearing before an immigration judge, who shall provide an

- 2 -

individualized assessment as to whether he poses a flight risk or a danger to the community. If Nossov is re-detained under §1226 and Respondents fail to schedule a timely bond hearing, he will be permitted to reopen this matter.

MALACHY E. MANNION
United States District Judge

DATE: 3/13/26
25-2562-01-ORDER